# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00299-CV

**In re Barry Winkle**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex. R. App. P. 20.1(c)(1)
(requiring affidavit of indigence to be filed "in the trial court *with or before* the notice of appeal")
(emphasis added); 52.8(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed:  August 3, 2006